COOLEY GODWARD KRONISH LLP
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY T. NORBERG (215087) (jnorberg@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Plaintiff
Inquira, Inc.

WHITE & CASE LLP
JOHN A. STURGEON (33670)(jsturgeon@whitecase.com)
MICHAEL HOUSKE (218830)(mhouske@whitecase.com)
633 West Fifth Street Suite 1900
Los Angeles, California 90071-2007
Telephone:     (213) 620 7700
Facsimile:      (213) 452 2329

JOHN C. ALLEN, P.C.
JOHN C. ALLEN, Admitted Pro Hac Vice
909 Fannin, Suite 1225
Houston, TX 77010
Telephone:     (713) 654-7000

Attorneys for Defendant
The Reynolds & Reynolds Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Inquira, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Reynolds & Reynolds Company, an Ohio Corporation,<br><br>Defendant. | Case No.  C 06-07819 SI<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: August 3, 2007<br>Time: 2:30 PM<br>Place: Courtroom 10, 19th Floor<br><br>Hon. Susan Illston |

1   Plaintiff Inquira, Inc. ("Inquira") and Defendant The Reynolds & Reynolds Company ("Reynolds") jointly submit this Updated Case Management Statement in preparation for the second Case Management Conference before the Court currently scheduled for August 3, 2007, at 2:30 p.m. in Courtroom 10.  The parties have agreed in principle to settle this matter and are currently formalizing the settlement papers.  Inquira and Reynolds therefore jointly request that the Court continue the Case Management Conference to August 17, 2007.  This continuance will give the parties time to execute the settlement agreement and get a dismissal filed with the Court.

Dated: July 25, 2007

COOLEY GODWARD KRONISH LLP
GRANT P. FONDO (181530)
JEFFREY T. NORBERG (215087)

/s/
Jeffrey T. Norberg (215087)
Attorneys for Plaintiff
Inquira, Inc.

Dated: July 25, 2007

WHITE & CASE LLP
JOHN A. STURGEON (33670)
MICHAEL HOUSKE (218830)

/s/
Michael Houske (218830)
Attorneys for Defendant
The Reynolds & Reynolds Company

Dated: July 25, 2007

LAW OFFICE OF JOHN ALLEN

/s/
John C. Allen, Admitted Pro Hac Vice
Attorneys For Defendant
The Reynolds & Reynolds Company

[GRANTED — Judge Susan Illston — 08/02/07 — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

LOSANGELES 664435 (2K)                 2.