COOLEY GODWARD KRONISH LLP
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY T. NORBERG (215087) (jnorberg@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

Attorneys for Plaintiff
Inquira, Inc.

WHITE & CASE LLP
JOHN A. STURGEON (33670)(jsturgeon@whitecase.com)
MICHAEL HOUSKE (218830)(mhouske@whitecase.com)
633 West Fifth Street Suite 1900
Los Angeles, California 90071-2007
Telephone:  (213) 620 7700
Facsimile:  (213) 452 2329

JOHN C. ALLEN, P.C.
JOHN C. ALLEN, Admitted Pro Hac Vice
909 Fannin, Suite 1225
Houston, TX 77010
Telephone:  (713) 654-7000

Attorneys for Defendant
The Reynolds & Reynolds Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Inquira, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Reynolds & Reynolds Company, an Ohio Corporation,<br><br>Defendant. | Case No. C 06-07819 SI<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Pursuant to Fed. R. Civ. Pro. 41(a)(1) and the Confidential Settlement Agreement between the parties, Plaintiff Inquira, Inc. and Defendant The Reynolds & Reynolds Company hereby stipulate to dismissal of the above captioned action with prejudice.

Dated: August 16, 2007

COOLEY GODWARD KRONISH LLP
GRANT P. FONDO (181530)
JEFFREY T. NORBERG (215087)

/s/
Jeffrey T. Norberg (215087)
Attorneys for Plaintiff
Inquira, Inc.

Dated: August 16, 2007

WHITE & CASE LLP
JOHN A. STURGEON (33670)
MICHAEL HOUSKE (218830)

/s/
Michael Houske (218830)
Attorneys for Defendant
The Reynolds & Reynolds Company

Dated: August 16, 2007

LAW OFFICE OF JOHN ALLEN

/s/
John C. Allen, Admitted Pro Hac Vice
Attorneys For Defendant
The Reynolds & Reynolds Company



IT IS SO ORDERED
Judge Susan Illston